Daniel J. Herling SBN 103711
*djherling@mintz.com*
Michelle Gillette SBN 178734
*mgillette@mintz.com*
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
44 Montgomery St., 36th Floor
San Francisco, California  94104
Telephone:  (415) 432-6000
Facsimile:   (415) 432-6001

Daniel S. Silverman SBN 137864
*dssilverman@Venable.com*
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant,
WALGREEN CO.

IN UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DEMISON and TERI SPANO, on behalf of themselves, all others similarly situated, and the general public,<br><br>          Plaintiffs,<br>     vs.<br>WALGREEN CO. INC., an Illinois corporation; DOES 1-20, inclusive,<br>          Defendants. | Case No.: 14-CV-0306-BTM-JLB<br><br>**DEFENDANT WALGREEN CO.'S SUPPLEMENTATION OF RECORD** |

     Pursuant to this Court's Order Denying Defendant's Motion to Sever Plaintiffs' Claims dated July 27, 2014 [Dkt. 14], as well as Rule 81(c)(2) of the Federal Rules of Civil Procedure, Defendant Walgreen Co. ("Walgreen") hereby supplements the record in the above-captioned action by filing a copy of its Answer previously filed with the Superior Court for the State of California, San

1  Diego County, on February 10, 2014 and served on Plaintiffs' counsel on the same
2  date.
3
4  Dated: August 12, 2014            MINTZ LEVIN COHN FERRIS GLOVSKY
5                                    AND POPEO PC
6
7                                    By:    /s/ Michelle Gillette
                                         Michelle Gillette
8                                        Daniel J. Herling
9                                        VENABLE LLP
10                                       Daniel S. Silverman
11                                       Attorneys for Defendant
12                                       WALGREEN CO.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28